USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samuel Encarnacion,

                Plaintiff,

-against-

The Superintendent of Five Points C.F.,

                Defendant.

1:21-cv-07584 (ER) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

        The Clerk of Court is respectfully directed to have the Complaint filed at ECF No. 13 opened in a new unassigned civil action and removed from this docket. In addition, once that new civil action is opened, the Request to Proceed In Forma Pauperis filed at ECF No. 12 shall be moved to the docket of that action and removed from this docket.

**SO ORDERED.**

Dated:      New York, New York
              February 28, 2022

                                                 _____
                                                 STEWART D. AARON
                                                 United States Magistrate Judge