# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

See page 2.

SAMUEL ENCARNACION

_____

_____

Write the full name of each plaintiff or petitioner.

Case No. 22 CV 1733(ER)(SDA)

-against-

MICHELLE FOGGIE, CLERK OF THE BRONX
SUPREME COURT CRIMINAL DIVISION
AND JOHN SAMPUGNARO, THE MOTION CLERK
ON SEPTEMBER 13, 2018.

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that   PLAINTIFF          SAMUEL ENCARNACION
                         plaintiff or defendant    name of party who is making the motion

requests that the Court: ENTER A ORDER DIRECTING THAT THE CORRECT ADDRESS AND INFORMATION BE PROVIDED TO THE U.S. MARSHALLS SERVICE TO EFFECT SERVICE OF THE AMENDED COMPLAINT UPON THE DEFENDANTS.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents: Encarnacion v. Irby et al

22-cv-1733-ER

11/30/22
Dated

[Signature]
Signature

SAMUEL ENCARNACION
Name

07A7121
Prison Identification # (if incarcerated)

FIVE POINTS CORRECTIONAL FACILITY   PO BOX 119   STATE ROUTE 96
Address                              City        State        Zip Code
ROMULUS NY 14541

Telephone Number (if available)        E-mail Address (if available)

SDNY Rev: 5/24/2016

The Court grants Encarnacion an extension until April 5, 2023 to effect service of the amended complaint upon the remaining defendants, Foggie and Sampugnaro.

The Clerk of Court is respectfully instructed to again complete the USM-285 forms for Foggie and Sampugnaro, using the following addresses: (1) for Foggie, Bronx Hall of Justice, 265 East 161st Street, Bronx, NY 10451; and (2) for Sampugnaro, 85 Orchid Road, Levittown, NY 11756. The Clerk of Court is further directed to issue summonses, using each of these addresses, and to deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Foggie and Sampugnaro. It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: December 9, 2022
New York, New York

---

FIVE POINTS CORRECTIONAL FACILITY
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Samuel Encarnacion   DIN: 07A7121   LOC: 9-A-1-28

Clerk of Court
For the U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

URGENT LEGAL MAIL

RECEIVED
SDNY PRO SE OFFICE
2022 DEC -5 PM [illegible]

RECEIVED
DEC 05 2022
[CLERK'S OFFICE]

USE LEGAL STAMPS
neopost 12/02/2022 US POSTAGE $000.57° ZIP 14541 041M11272007

Five Points
two B
Correctional Facility

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM
NAME: Samuel Encarnacion   DIN: 07A7121