**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
SAMUEL ENCARNACION,

                Plaintiff,

  -against-                                                22 **CIVIL** 1733 (ER)

                                                                                 **<u>JUDGMENT</u>**

MICHELLE FOGGIE, Clerk of the Bronx County
Supreme Court Criminal Division, and JOHN
SAMPUGNARO, the motion clerk on September 13,
2018,

                Defendants.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 27, 2024, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 27, 2024

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                **BY:**       *K. Mango*

                                                                 **Deputy Clerk**